FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 24 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PETER MICHAEL PALMER, | No. 11-15486 |
| Plaintiff - Appellant, | D.C. No. 3:10-cv-08209-JAT<br>District of Arizona,<br>Phoenix |
| v. | |
| GLENN A. SAVONA, husband; et al., | ORDER |
| Defendants - Appellees. | |

Before:    B. FLETCHER, REINHARDT, and TASHIMA, Circuit Judges.

Palmer's petition for panel rehearing is granted. The memorandum disposition filed on March 15, 2012 is withdrawn. A replacement memorandum disposition will be filed contemporaneously with this order.

No further filings shall be accepted in this closed case.